# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KALIKA MOQUIN,<br>          Plaintiff(s),<br>v.<br>CLARK COUNTY SCHOOL DISTRICT,<br>          Defendant(s). | Case No. 2:24-cv-00915-ART-NJK<br>**Order** |

  To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). A joint discovery plan must be filed by August 6, 2024.

  IT IS SO ORDERED.

  Dated: July 29, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1