1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

LH, et al.,

     Plaintiffs,

v.

CLARK COUNTY SCHOOL DISTRICT,

     Defendant.

Case No. 2:24-cv-00915-ART-NJK

**Order**

(Docket No. 8)

10     Pending before the Court is the parties' proposed discovery plan.  Docket No. 8.  The
11 discovery plan states that it is submitted in compliance with Local Rule 26-1; however, it seeks a
12 discovery period of 330 days from the date Defendant filed its answer, which is later than the date
13 of Defendant's first appearance.  *Id*. at 1-2.

14     The presumptively reasonable discovery period is 180 days from the defendant's answer
15 or otherwise appeared.  Local Rule 26-1(b)(1).  Requests for longer discovery periods require
16 special scheduling review.  *See* Local Rule 26-1(a).  Further, requests for special scheduling review
17 require a statement of the reasons why longer time periods should apply to discovery.  *Id*.  The
18 parties' discovery plan fails to comply with the Court's local rules.

19     Accordingly, the discovery plan is **DENIED** without prejudice.  Docket No. 8.  A renewed
20 discovery plan must be filed by August 14, 2024.  That renewed discovery plan must either seek
21 the default deadlines in conformity with Local Rule 26-1(b), or it must provide meaningful
22 discussion as to why additional time is necessary.  In either event, the discovery plan must comply
23 in full with the Court's local rules.

24     IT IS SO ORDERED.

25     Dated: August 7, 2024

26
27                                      Nancy J. Koppe
                                        United States Magistrate Judge
28